# SUPREME COURT

OF THE

## STATE OF ILLINOIS,

DELIVERED

### DECEMBER TERM, 1834, AT VANDALIA.

---

## JOHN MITCHELTREE, appellant *v.* MATTHEW SPARKS, appellee.

*Appeal from Schuyler.*

A mistake in making up the record of a cause may be corrected at a term subsequent to that at which the same was disposed of.

The name "Nathan" was erased, and "Matthew" inserted, in a record at a subsequent term.

AT the December term, 1833, of this Court, the judgment of the Court below was reversed by default; but in making up the record, the name "Nathan Sparks" had been inserted in the place of "Matthew Sparks," wherever the name of the appellee occurred.

At this term of the Court, comes the said appellant, by Ford, his attorney, and suggests to the Court, that in the entry of the order made at the last term of this Court, there is error in this: That the name of the said appellee is written "Nathan Sparks," whereas it should have been written "Matthew Sparks," and enters a motion to amend accordingly: and it appearing to the Court by an inspection of the record aforesaid, that such error exists, It is therefore considered by the Court, that said motion be granted, and the order aforesaid amended in conformity therewith: and that a copy of said order as amended, together with a copy of this order, be certified to the Circuit Court of Schuyler county.